

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00017-CR

Manuel **ESPINOZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR5174
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: February 21, 2024

DISMISSED FOR LACK OF JURISDICTION

Appellant Manuel Espinoza, who is represented by counsel in the underlying criminal matter, has filed a pro se notice of appeal challenging an interlocutory order finding him incompetent to stand trial and committing him to a mental health facility for 120 days for examination and treatment toward the objective of attaining competency to stand trial. TEX. CODE CRIM. PROC. art. 46B.005. The challenged order is not appealable. *See id*. art. 46B.011 ("Neither the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005.").

On January 10, 2024, we ordered Espinoza to show cause in writing by January 25, 2024, why this appeal should not be dismissed for lack of jurisdiction. No response was filed. Because this court lacks jurisdiction over an interlocutory appeal from an order finding a defendant incompetent to stand trial on the merits, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH